**STATE of Missouri, Respondent,**

v.

**Robert NELSON, Appellant.**

**No. WD 35932.**

Missouri Court of Appeals,
Western District.

March 12, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 30, 1985.

Application to Transfer Denied
May 29, 1985.

James W. Fletcher, Public Defender, David S. Durbin, Asst. Public Defender, 10th Floor, 415 East 12th Street, Kansas City, for appellant.

William L. Webster, Atty. Gen., John Munson Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and SHANGLER and MANFORD, JJ.

PER CURIAM.

ORDER

Appeal from conviction for robbery, first degree, in violation of § 569.020, RSMo 1978.

Judgment affirmed. Rule 30.25(b).